EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Muriel B. Kaplan (SBN: 124607)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>TELEPHONE NO: (415) 882-7900   FAX NO. (Optional): (415) 882-9287<br>E-MAIL ADDRESS (Optional): mkaplan@sjlawcorp.com<br>ATTORNEY FOR (Name): Bay Area Painters & Tapers Pension Trust Fund, et al.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**United States District Court**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Bay Area Painters & Tapers Pension Trust Fund, et al.

DEFENDANT: De Martinez Painting, Inc.

**WRIT OF**
[✓] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property  [ ] Real Property
[ ] SALE

CASE NUMBER: C09-3098 MMC

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Bay Area Painters & Tapers Pension Trust Fund, et al.
   is the [✓] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*
   De Martinez Painting, Inc.
   448-A Reynolds Circle
   San Jose, California 95112

   Daniel Edward Martinez
   448-A Reynolds Circle
   San Jose, California 95112

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):* July 30, 2009
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . . $ 89,192.91
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $ 123,704.90
13. Subtotal *(add 11 and 12)* . . . . . . . . . . $ 212,897.81
14. Credits . . . . . . . . . . . . . . . . . . . . . . . . . $ 39,296.87
15. Subtotal *(subtract 14 from 13)* . . . . . . $ 173,600.94
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . $ 29.01
17. Fee for issuance of writ . . . . . . . . . . . . $
18. **Total** *(add 15, 16, and 17)* . . . . . . . . . $ 173,629.95
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . . . $ 22.02 from 10/28/09
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* NOV 05 2009  Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

American LegalNet, Inc
www.USCourtForms.com

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov