Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br>v.<br>DE MARTINEZ PAINTING, INC., a California Corporation,<br><br>    Defendant. | Case No.: C09-3098 MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SET ASIDE JUDGMENT |

GOOD CAUSE APPEARING, the Hearing on Defendant's Motion to Set Aside Judgment as to Daniel Martinez, currently noticed for Thursday, May 14, 2010, at 9:00 a.m., is hereby CONTINUED ~~extended~~ to June 4, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that the deadline for Plaintiffs to file an Opposition to Defendant's Motion to Set Aside Judgment as to Daniel Martinez, is hereby extended to May 14, 2010.

All related deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: _April 7_____, 2010         _____
                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER
Case No.: C09-3098 MMC

P:\CLIENTS\PATCL\De Martinez Painting\Pleadings\Request to Extend Time of Hearing\C09-3098 MMC Proposed Order to Extend Time of Hearing 032910.doc