IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DE MARTINEZ PAINTING, INC.<br><br>    Defendant. | No. C-09-3098 MMC<br><br>**ORDER VACATING JUNE 4, 2010 HEARING** |

Before the Court is the "Motion to Set Aside Judgment as to Daniel Martinez," filed March 18, 2010, by Daniel E. Martinez ("Martinez"). Plaintiffs have filed opposition. Martinez did not file a reply.[1]

Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for June 4, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, a reply was due no later than May 21, 2010. See Civil L. R. 7-3(c) (providing reply to opposition must be filed no later than 14 days before hearing date).